



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

One Pierrepont Plaza, 16th Floor

147 Pierrepont Street
Brooklyn, New York 11201-2776

September 26, 2005

**BY ECF**

Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Application for an extension until 11/22/05 to serve their motion is granted. SO ORDERED. w/ USDJ 9/27/05

*Re:* Suriel v. Commissioner of Social Security,
Civil Action No. CV-05-1218 (Block, J.) (Pollak, M.J.)

Dear Judge Block:

The undersigned Assistant U.S. Attorney respectfully requests that defendant's time to submit her motion for judgment on the pleadings be extended from September 30, 2005 to and including November 22, 2005. This is the first request for an extension of defendant's time to submit her motion and is made to allow defendant additional time needed to review the administrative record and prepare the motion.

Due to the volume of the administrative record, the undersigned further respectfully requests that defendant be permitted to file a brief consisting of up to, but no more than, 35 pages if necessary. The undersigned attempted to contact plaintiff pro se to obtain his consent to this request but was unable to reach him at the number he provided in the Complaint.

We appreciate the Court's consideration of this request.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York

By: /s/_____
LAURA D. MANTELL
Assistant United States Attorney
(718) 254-6253

cc: Joe Suriel (by mail)